IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN BOUCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Case No.   05-796-WDS-PMF |
| | ) |
| EDWIN BOWEN, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case is presented on a *sua sponte* recommendation that plaintiff's remaining claim against defendant Edwin Bowen be dismissed for want of prosecution. In this civil rights action, plaintiff Steven Boucher challenges the conditions of his former prison confinement pursuant to 42 U.S.C. § 1983. Plaintiff's remaining claim (Count I) alleges unconstitutional retaliation by defendant Edwin Bowen.

The materials on file show that plaintiff was released from prison in November, 2006. Plaintiff has not provided his current address to the Clerk, and mail sent by the Clerk to plaintiff at his prison address was returned as undeliverable. Plaintiff has not responded to an order to show cause, which was sent to plaintiff's last known civilian address. Also, plaintiff has taken no steps to facilitate service of process on defendant Bowen. These circumstances strongly indicate that plaintiff has no interest in prosecuting his remaining claim.

IT IS RECOMMENDED that plaintiff's remaining claim (Count I) be DISMISSED for want of prosecution at this time.

SUBMITTED:   March 16, 2007  .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**